STEVEN McMANUS, Appellant, v DICK LESSARD et al., Defendants and Third-Party Plaintiffs-Respondents. JOSEPH ANTONACCI et al., Third-Party Defendants-Respondents. [639 NYS2d 927]

The plaintiff has failed to raise triable issues of fact (see, CPLR 3212 [b]) as to whether the defendants breached a duty which was owed him or whether the alleged breach was the proximate cause of his injuries. Mangano, P. J., Thompson, Friedmann, Florio and McGinity, JJ., concur.